IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUTOMOTIVE FINANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:05-CV-1027 JDT-WTL |
| ) | |
| JBM AUTOMOTIVE INTERNET SALES, INC., ) | |
| JOHN MILES and JUDY R. MILES, ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT ENTRY

Comes now the Plaintiff, Automotive Finance Corporation ("AFC"), by counsel, and it appearing to the satisfaction of the Court by the Summonses issued herein that Defendants, JBM Automotive Internet Sales, Inc., John Miles, and Judy R. Miles, have been duly served with process;

And the Court, having acquired personal and subject matter jurisdiction over the parties and the issues herein contained, pursuant to Plaintiff's Complaint filed and the Summonses issued herein;

This cause is now submitted to the Court for findings, and the Court, being duly advised in the premises, now finds for AFC and against Defendants, JBM Automotive Internet Sales, Inc., John Miles and Judy R. Miles.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED by the Court that:

1. Plaintiff, Automotive Finance Corporation, is entitled to judgment under Count I of its Complaint in its favor and against Defendants, JBM Automotive Internet Sales, Inc., John Miles and Judy Miles, in the amount of $128,196.30.

2. There is no just reason for delay, and Automotive Finance Corporation is entitled to judgment as a matter of law.

3. The Clerk of this Court is hereby ordered to enter this judgment in the judgment docket.

DATED: 10/04/2005

_____
John Daniel Tinder, Judge
United States District Court

DISTRIBUTION:

David J. Jurkiewicz
Steven D. Groth
BOSE McKINNEY & EVANS LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204

JBM Automotive Internet Sales, Inc.
c/o John Miles
736 West Bankhead Highway
Villa Rica, GA 30180

John Miles
2196 Harper Court
Villa Rica, GA 30180

Judy Miles
 2196 Harper Court
Villa Rica, GA 30180

647273